UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 26 AM 9:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>              v.                 )<br>                                 )<br>Jesus CASTREJON-Flores,          )<br>                                 )<br>              Defendant          )<br>_____) | Magistrate Docket No. 07 MJ 2732<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **November 21, 2007** within the Southern District of California, defendant, **Jesus CASTREJON-Flores,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF **NOVEMBER, 2007**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jesus CASTREJON-Flores

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On November 21, 2007 Senior Patrol Agent G. Perez was assigned linewatch duties in the Chula Vista Border Patrol Area of operations. At approximately 8:45 PM Agent Perez responded to a sensor alert in Windmill Canyon. This area is located approximately 3 miles west of the port of entry at Otay Mesa, California and approximately 1 mile north of the international border with Mexico. This area is frequently used by individuals who are attempting to enter the United States illegally. As Agent Perez approached the area he could hear people breaking brush below him. He pursued the group down a steep canyon and then conducted a brief search.

At 9:00 P.M. Agent Perez located two individuals attempting to hide in a bush. Agent Perez identified himself as a Border Patrol Agent and queried the individuals as to their immigration status. Each of them, including the defendant, Jesus CASTREJON-Flores, admitted to being citizens of Mexico illegally present in the United States. Both were placed under arrest and transported Chula Vista Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on January 24, 2006** through **Hidalgo, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant admitted that he understood his rights and agreed to be interviewed without representation. The defendant admits that he is a citizen of Mexico illegally present in the United States. The defendant admits to being previously deported to Mexico. The defendant admitted that his destination was Santa Ana, California to reside and seek employment.

**Executed on November 22, 2007 at 10:50 a.m.**

Dwain R. Holmes Jr.
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **November 21, 2007,** in violation of Title **8,** United States Code, Section **1326.**

Jan M. Adler
United States Magistrate Judge

11/22/07 © 11:05 a.m.
Date/Time