#10

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JESUS CASTREJON-FLORES | CASE NUMBER: 07CR3425-JLS |

I, JESUS CASTREJON-FLORES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/20/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jesus Castrejon Flores
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY